UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHERINE ARRINGTON | * | |
| Arrington, | * | |
| v. | * | Civil Action No. 21-2669 (JEB) |
| DEPARTMENT OF DEFENSE <u>et al.</u> | * | |
| Defendants. | * | |

## PLAINTIFF'S MOTION FOR
## PRELIMINARY AND/OR PERMANENT INJUNCTION

NOW COMES the Plaintiff Katherine Arrington, by and through her undersigned counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure and LCvR 65.1, to move for a preliminary and/or permanent injunction against Defendants Department of Defense and National Security Agency.

As grounds therefore, the Plaintiff relies on the contemporaneously submitted Memorandum of Law and supporting exhibits.

A proposed Order also accompanies this Motion.

Date: November 30, 2021

        Respectfully submitted,

          *s/ Mark S. Zaid*
        _____
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Bradley P. Moss, Esq.
        D.C. Bar #975905
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W.
        Suite 700
        Washington, D.C. 20036
        (202) 454-2809
        (202) 330-5610 fax
        Mark@MarkZaid.com
        Brad@MarkZaid.com

        Attorneys for the Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2021, a copy of the foregoing Motion and accompanying filings was served by electronic and first-class mail, certified, return-receipt requested, to:

>Caroline Crass
>General Counsel
>Department of Defense
>The Pentagon
>Washington, D.C. 20301–1155
>
>Ariane Cerlenko
>Acting General Counsel
>National Security Agency
>9800 Savage Rd. Suite 6272
>Ft. George G. Meade Maryland 20755
>
>Jay Fraude
>General Counsel
>Defense Security & Counterintelligence Agency
>27130 Telegraph Road
>Quantico, Virginia 22134
>
>Elizabeth Shapiro
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20530

>_____/s/_____
>Mark S. Zaid, Esq.