# EXHIBIT "1"



CUI

OFFICE OF THE UNDER SECRETARY OF DEFENSE
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

**ACQUISITION AND SUSTAINMENT**

MEMORANDUM FOR MS. KATHERINE E. ARRINGTON

SUBJECT: Notification of Suspension to Classified Information

References:
(a) DoDM 5200.02, Procedures for the DoD Personnel Security Program (PSP), April 3, 2017
(b) Security Executive Agent Directive 4, National Security Adjudicative Guidelines, December 10, 2016 (Effective June 8, 2017)
(c) ICD 704, Personnel Security Standards and Procedures Governing Eligibility for Access to Sensitive Compartmented Information, and Other Controlled Access Program Information, October 1, 2008

1. This is to inform you that effective May 11, 2021, your Department of Defense personnel security clearance for access to classified information is being suspended.

2. This action is being taken as a result of a reported Unauthorized Disclosure of Classified Information and subsequent removal of access by the National Security Agency (NSA). The disclosure may constitute a federal crime, including violation of U.S. Code, Tile 18, Section 798(a) (3) (Disseminating Classified Information "Concerning the Communication Intelligence Activities of the United States" to unauthorized persons).

3. During the period of this suspension, you are to have no access to classified information or assignment to duties that have been designated sensitive. If this preliminary decision becomes final, you will not be eligible for access to classified information, assignments to duties that have been designated national security sensitive, and SCI access as defined by the above cited references.

4. If you have any further questions, I can be reached at ▮▮▮▮▮▮▮@mail.mil.

5. **EMPLOYEE ACKNOWLEDGEMENT**: *You are requested to sign and date this memorandum as evidence that you have received it. By doing so, you will not forfeit any rights mentioned in this memorandum. Your signature does not indicate your agreement with this action; however, your failure to sign will not void the contents of this memorandum.*

| Employee Signature | Security Officer Signature |
|---|---|
|  | WALL.JEREMY.A.1236401916  Digitally signed by WALL.JEREMY.A.1236401916  Date: 2021.05.11 13:49:07 -04'00' |