# EXHIBIT "2"



**ACQUISITION AND SUSTAINMENT**

THE UNDER SECRETARY OF DEFENSE
3010 DEFENSE PENTAGON
WASHINGTON, DC 20301-3010

May 12, 2021

MEMORANDUM FOR KATHERINE E. ARRINGTON

SUBJECT: Administrative Leave

Reference: Office of The Under Secretary of Defense Memorandum, subject: Notification of Local Suspension of Access, dated May 11, 2021

    This is to advise you that you are being placed in a paid, non-duty status, until you are notified otherwise. This does not constitute a disciplinary or adverse action against you. This action is effective immediately.

    Your access to classified information and assignment to duties that have been designated National Security Sensitive was suspended effective today, May 11, 2021, due to an ongoing investigation regarding a reported Unauthorized Disclosure of Classified Information and subsequent removal of access by the National Security Agency. As a result, you are being placed on administrative leave since your access to classified information is suspended and you no longer have eligibility to occupy a sensitive position. If you have a need to enter the Mark Center or Pentagon, you are to contact me at (            ).

    You are ordered to surrender your Common Access Card (CAC) and immediately cease the use of all government issued property and equipment in your possession. As soon as possible, you must return all such property and equipment which you have outside of your official duty location. Please contact Dr. Misty Cedano at (            ) to make advance arrangements for the return of this property/equipment.

    You are required to email Ms. Aissa Tovar, Acting Chief of Staff for Industrial Policy, no later than 0900 daily, to be updated of any changes in your status. Alternatively, you may email Mr. Antonio King, Director of Business Operations. Failure to muster as directed each day will result in you being charged Absent Without Leave.

    You are advised that while you are in a paid non-duty status your absence is considered part of your basic work week. Therefore, you are expected to remain available by telephone during your normal work hours and to be ready and available to return to work within two hours of notification. If you need to take any annual or sick leave during which time you will not be available by telephone or available to return to work, you are required to request leave on an OPM Form 71, or notify me for approval. I will advise you if it is approved. Failure to comply with proper leave procedures may result in you being charged Absent Without Leave (AWOL). As a reminder, you should utilize any use or lose leave you

may have for the leave year appropriately; being placed in an administrative leave status does not negate this responsibility.

If you are experiencing personal problems that may be adversely impacting you, I encourage you to contact the Department of Defense Employee Assistance Program (DDEAP) for WHS, at (866) 580-9046. The DDEAP is a free, confidential, and voluntary service that provides counseling and referral services, employee consultations, as well as training and education. The DDEAP has available to you well-qualified professional counselors that are available to provide expert guidance and counseling to help restore and maintain workplace health and productivity. The DDEAP is available 24 hours a day/7 days a week. You may also access the DDEAP program by using the following URL: https://magellanascend.com/?ccid=hpZiwITni/VKNrZqvUQNB7LHvDV361mJPN/XTGpBqIc%3D.

Should you have any questions regarding this memorandum, please contact Ms. Michelle McKenzie, Washington Headquarters Services, Human Resources Directorate, Labor and Management-Employee Relations Division via email at ~~~~~~~~~~~~~~~~~@mail.mil.

SALAZAR.JESS  Digitally signed by
E.A.1598695764  SALAZAR.JESSE.A.1598695764
               Date: 2021.05.12 15:18:09 -04'00'

Jesse Salazar
Deputy Assistant Secretary for Industrial Policy

## EMPLOYEE ACKNOWLEDGEMENT

*You are requested to sign and date the acknowledgement copy of this memorandum as evidence that you have received it. By doing so, you will not forfeit any of the rights mentioned in this memorandum. Your signature does not indicate your agreement or disagreement with this action. However, your failure to sign the acknowledgement copy will not void the contents of this memorandum.*

ARRINGTON.KATH  Digitally signed by
ERINE.E.10987296  ARRINGTON.KATHERINE.E.1098729654
54              Date: 2021.05.12 16:03:57 -04'00'

Katherine E. Arrington                                          Date

FOR OFFICIAL USE ONLY – PRIVACY SENSITIVE
Any misuse or unauthorized disclosure can result in both civil and criminal penalties.