# EXHIBIT "3-A"



**Mark S. Zaid, P.C. <mark@markzaid.com>**

## Katherine Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                                                      Thu, May 13, 2021 at 10:13 PM
To: "George, Elizabeth L SES (USA)" <███████████@mail.mil>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Beth, my firm is representing Ms. Arrington in a pending matter and investigation that you may have been briefed on.

I am looking to be put in touch with the relevant security officials and attorneys who are handling this matter. We are particularly interested in ensuring all proper protocols are met and ascertaining the extent to which we need to access classified information as part of this process. FYI, we currently hold TS/SCI, which can be verified through SCATTERED CASTLES and DISS.

Of course, happy to discuss the situation if warranted. My cell is ███████.

Much appreciated!

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq
Facebook: https://www.facebook.com/pages/Law-Office-of-Mark-S-Zaid/232739805851



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                Thu, May 13, 2021 at 10:12 PM
To: ▓▓▓▓▓▓▓▓@mail.mil
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Mr. Wall -

My firm is representing Ms. Arrington in the pending matter and investigation. I would appreciate it if you would please put us in touch with the relevant security officials who are handling this matter. We are particularly interested in ensuring all proper protocols are met and ascertaining the extent to which we need to access classified information as part of this process. FYI, we currently hold TS/SCI, which can be verified through SCATTERED CASTLES and DISS.

Thank you for your cooperation.

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq
Facebook: https://www.facebook.com/pages/Law-Office-of-Mark-S-Zaid/232739805851