# EXHIBIT "3-B"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                    Tue, May 18, 2021 at 11:43 AM
To: "George, Elizabeth L SES (USA)" <​​​​​​​​​​​​​@mail.mil>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Beth, we still have not heard from anyone at DoD in response to Katie's situation. I need to know what is going on in this investigation and ascertain what parameters exist with respect to what our client can tell us given classified information is involved. Please have someone contact me.

Thanks.

Mark
[Quoted text hidden]
--
[Quoted text hidden]