# EXHIBIT "3-C"



Mark S. Zaid, P.C. <mark@markzaid.com>

# Katherine Arrington, CISO (A&S)

**George, Elizabeth L SES (USA)** <███████████@mail.mil>  Wed, May 19, 2021 at 2:52 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: Brad Moss <brad@markzaid.com>

Mark,

The individual below, who I believe you know, will be your POC for this matter.

Jay Fraude

General Counsel

Defense Counterintelligence and Security Agency

███████████@mail.mil

Best,

Beth

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Tuesday, May 18, 2021 12:51 PM
**To:** George, Elizabeth L SES (USA) <███████████@mail.mil>
**Cc:** Brad Moss <brad@markzaid.com>
**Subject:** Re: [Non-DoD Source] Re: Katherine Arrington, CISO (A&S)

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Thank you Beth! You can imagine our client is anxious to put this behind her as soon as possible.

Mark

[Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]