# EXHIBIT "3-D"



Mark S. Zaid, P.C. <mark@markzaid.com>

# Katherine Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>   Thu, May 20, 2021 at 9:14 PM
To: ▇▇▇▇▇@mail.mil
Cc: Brad Moss <brad@markzaid.com>, "Cedano, Misty C CIV OSD OUSD A-S (USA)" <▇▇▇▇▇@mail.mil>, ▇▇▇▇▇@mail.mil, "Fraude, Jay P CIV DSS DSS HQ (US)" <▇▇▇▇▇@mail.mil>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Mr. Wall -

As seen below, I have written twice in the last week but unfortunately I have yet to receive a response from you. In one of your earlier e-mails to my client Katie Arrington you informed her:

> There is a formal inquiry underway and you will be afforded an opportunity to respond when appropriate by the investigating agency.

I have conferred with DCSA (and its General Counsel is cc'd on this e-mail) and confirmed there is no pending security investigation. Therefore, can you please identify what you meant by "formal inquiry" and which DoD component is conducting it?

Additionally, I still need to speak with an appropriate security officer regarding the classification situation underlying this case and a determination concerning counsels' access. If that is not you, please indicate who we should speak with, or otherwise have your superior or component counsel reach out to me.

I can be best reached via e-mail or on my cell at ▇▇▇▇▇. This is a time sensitive matter given that my client is now on administrative leave and in light of her senior, very public position, every day she is away from her duties attracts greated unwanted attention. Thank you.

Mark

> On Tue, May 18, 2021 at 11:44 AM Mark S. Zaid, P.C. <mark@markzaid.com> wrote:
>> Mr. Wall, I am following-up on my e-mail to you from last week. Please have the appropriate person respond.
>>
>> Mark
>>
>> On Thu, May 13, 2021 at 10:12 PM Mark S. Zaid, P.C. <mark@markzaid.com> wrote:
>>> Mr. Wall -
>>>
>>> My firm is representing Ms. Arrington in the pending matter and investigation. I would appreciate it if you would please put us in touch with the relevant security officials who are handling this matter. We are particularly interested in ensuring all proper protocols are met and ascertaining the extent to which we need to access classified information as part of this process. FYI, we currently hold TS/SCI, which can be verified through SCATTERED CASTLES and DISS.
>>>
>>> Thank you for your cooperation.
>>>
>>> Mark
>>> _____
>>> This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.