EXHIBIT "3-E"



Mark S. Zaid, P.C. <mark@markzaid.com>

# Katie Arrington

**Mark S. Zaid, P.C.** <mark@markzaid.com>  Thu, May 20, 2021 at 10:49 PM
To: ███████████@mail.mil
Cc: "George, Elizabeth L SES (USA)" <███████████████@mail.mil>, Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Deputy Assistant Secretary -

As you know, my firm represents Ms. Arrington and I am writing to you directly, along with Ms. George, as my other e-mails to DoD officials associated with A-S are apparently being ignored after multiple attempts to communicate with them.

I am respectfully requesting that the appropriate DoD official reach out to me regarding the substantive nature of these allegations, especially with respect to determining what information is exactly classified and whether we, as counsel, will require access. We currently hold TS/SCI eligibility. We have every desire to avoid spillage but we need DoD's cooperation in this regard.

Additionally, I have confirmed that Ms. Arrington's security clearance has only locally been suspended by your component and that DISS does not reflect any ineligibility. Nor, although this has been styled as a security violation that may have criminal repercussions, has DCSA even been tasked to conduct an investigation. At this point it is unclear what was meant by Jeremy Wall, Lead, A&S Security/Facilities, when he informed my client that a "formal inquiry" is "underway". A formal inquiry by who?

Finally, I am dismayed at the extent to which defamatory rumors are being publicly spread about Ms. Arrington having been "fired", "had her clearance revoked" and "removed from the building". I have tried to coordinate proper media messaging with the Department to ensure it protects one of its own and does not find itself a defendant in a Privacy Act lawsuit, but this is hard to do when I am told that component officials have affirmatively stated they will not respond to me.

Respectfully, I am here to ensure all rules and procedures are lawfully followed with regard to the due process protections Ms. Arrington is timely entitled to receive. I have no issue with complying with proper protocol as I do during every Administration, but I will expect the same from the government.

It is in everyone's best interests to resolve this matter expeditiously and I hope to hear from you or the appropriate DoD officials in response to my e-mail. I very much appreciate the Department's cooperation. I can be best reached via e-mail or on my cell at ███████████.

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700