# EXHIBIT "3-F"

 Gmail

**Mark S. Zaid, P.C. <mark@markzaid.com>**

---

## Katherine E. Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                Thu, May 20, 2021 at 10:57 PM
To: "Garrison, Marguerite C., SES, OIG DoD" <████████████@dodig.mil>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Ms. Garrison -

I hope this e-mail finds you well and that you successfully navigated through the pandemic.

My office represents Katie Arrington, who was suspended last week as a result of a reported Unauthorized Disclosure of Classified Information and subsequent removal of access by the National Security Agency. I have confirmed with DCSA's General Counsel that no investigation is underway and that it was believed OIG was going to handle this matter given the SES status of Ms. Arrington.

Can you verify whether DoD OIG has been tasked with this matter and if so please connect me to the appropriate investigator. A properly executed privacy waiver from Ms. Arrington is attached for your files.

I can be best reached via e-mail or my cell phone at ███████. Thank you for your cooperation.

Mark

---

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq
Facebook: https://www.facebook.com/pages/Law-Office-of-Mark-S-Zaid/232739805851

---

📄 **Arrington Privacy Waiver - EXECUTED.pdf**
     113K



**Mark S. Zaid, P.C. <mark@markzaid.com>**

___

## Katherine E. Arrington, CISO (A&S)

**Garrison, Marguerite C., SES, OIG DoD <████████@dodig.mil>**          Fri, May 21, 2021 at 7:44 AM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: Brad Moss <brad@markzaid.com>

Mr. Zaid,

Thank you for your inquiry. The DoD OIG is not conducting an investigation of Ms. Arrington.

Marguerite C. Garrison

Deputy Inspector General

   for Administrative Investigations

Suite 15D-27 West Tower

4800 Mark Center Drive

Alexandria, VA 22350

███████████


WARNING:  INSPECTOR GENERAL SENSITIVE INFORMATION - CUI.  The information

contained in this e-mail and any accompanying attachments may contain

sensitive information which is protected from mandatory disclosure under the

Freedom of Information Act (FOIA), 5 U.S.C. 552.  This e-mail message,

including any attachments, is for the sole use of the intended recipient(s)

and should not be released to unauthorized persons.  If you are not the

intended recipient please contact the sender by e-mail and destroy all

copies of the original message and attachments.


Controlled by: DoD OIG

Controlled by: Administrative Investigations

CUI Category: Law Enforcement