# EXHIBIT "3-G"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington

**Clark, James M CIV DCSA DCSA HQ (USA)** <███████████@mail.mil>   Fri, May 21, 2021 at 3:16 PM
To: "mark@markzaid.com" <mark@markzaid.com>
Cc: "brad@markzaid.com" <brad@markzaid.com>, "George, Elizabeth L SES (USA)" <███████████@mail.mil>, "Fraude, Jay P CIV DCSA DCSA HQ (USA)" <██████████@mail.mil>

Mr Zaid: In Jay Fraude's absence, you invited me to weigh in if your understanding of the status at DCSA was somehow incorrect. Today I checked again with DoD CAF Adjudications Directorate. It is still accurate that DCSA is not handling or initiating any security investigation of your client. The DoD CAF is in receipt of an Incident Report submitted by OUSD(A&S) via DISS, but has not taken any further steps at this time.

Finally, would you forward a copy of your letter of representation and privacy release from Ms Arrington for our files?

V/r,

Jim Clark

Office of General Counsel

Defense Counterintelligence and Security Agency

███████ (office)

███████ (mobile phone # while teleworking)

███████@mail.mil

FOR OFFICIAL USE ONLY (FOUO)

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Friday, May 21, 2021 1:32 PM
**To:** George, Elizabeth L SES (USA) <███████████@mail.mil>
**Cc:** <brad@markzaid.com>; Fraude, Jay P CIV DCSA DCSA HQ <██████████@mail.mil>; Clark, James M CIV DCSA DCSA HQ (USA) <███████████@mail.mil>; Mark S. Zaid, P.C. <mark@markzaid.com>
**Subject:** Re: [Non-DoD Source] Re: Katie Arrington

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Beth, I always appreciate your involvement and timely responses, especially given how busy I know you must be. I particularly appreciated being informed that Jay was to be my POC on this matter. I have a tremendous amount of respect for Jay, who I have worked with for many years.