# EXHIBIT "3-H"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>   Fri, May 21, 2021 at 7:56 AM
To: ▓▓▓▓▓▓▓▓▓@mail.mil
Cc: Brad Moss <brad@markzaid.com>, "Cedano, Misty C CIV OSD OUSD A-S (USA)" <▓▓▓▓▓▓▓▓@mail.mil>, ▓▓▓▓▓▓▓▓@mail.mil, "Fraude, Jay P CIV DSS DSS HQ (US)" <▓▓▓▓▓▓▓▓@mail.mil>, "Mark S. Zaid, P.C." <mark@markzaid.com>

I have also now confirmed that DoD OIG is not conducting an investigation.

So what agency/component is conducting a "formal inquiry"? Please let me know who to speak with regarding this issue. Thank you.

Mark

[Quoted text hidden]



Mark S. Zaid, P.C. <mark@markzaid.com>

# Katie Arrington

**Mark S. Zaid, P.C.** <mark@markzaid.com>  Fri, May 21, 2021 at 7:54 AM
To: ███████████@mail.mil
Cc: "George, Elizabeth L SES (USA)" <███████████@mail.mil>, Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

I have also now confirmed that DoD OIG is not conducting an investigation. If you are aware of what agency is, I would appreciate being informed. Thank you.

[Quoted text hidden]