# EXHIBIT "3-I"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine E. Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                Fri, May 21, 2021 at 8:04 AM
To: "Molter, Connie" <▆▆▆▆@nsa.gov>, "Turner, Lisa" <▆▆▆▆2@nsa.gov>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Connie/Lisa -

My office represents Katie Arrington, who was suspended last week as a result of a reported Unauthorized Disclosure of Classified Information and subsequent removal of access by the National Security Agency. We were specifically told by DoD that a "formal inquiry" is underway. But I have confirmed with DCSA's General Counsel and DoD OIG that neither of their components has an investigation underway.

Is NSA handling this matter? If so, can you please connect me to the appropriate investigator, particularly as there are classification issues that need to be discussed. A properly executed privacy waiver from Ms. Arrington is attached for your files.

I can be best reached via e-mail or my cell phone at ▆▆▆▆▆▆▆. Thank you for your cooperation.

Mark

_____
_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax