# EXHIBIT "3-J"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine E. Arrington, CISO (A&S)

**Mark S. Zaid, P.C.** <mark@markzaid.com>  Mon, May 24, 2021 at 1:58 AM
To: "Molter, Connie" <​██████@nsa.gov>
Cc: Brad Moss <brad@markzaid.com>, "Turner, Lisa" <██████@nsa.gov>, "Mark S. Zaid, P.C." <mark@markzaid.com>

Connie, attached is the memo in question that identifies NSA as the responsible entity. I have also spoken with the Pentagon and confirmed that the actions that were taken originated with NSA.

Please let me know at your earliest convenience as to whom I should speak about this matter. We especially want to make timely arrangements to be cleared on the case so we can ensure there is no inappropriate disclosure of classified information.

Thanks, and hope you had a great weekend!

Mark

[Quoted text hidden]

--

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com

[Quoted text hidden]

📎 **(CUI) Intent to Suspend Security Clearance (JW SIGNED) (1).pdf**
230K