# EXHIBIT "3-K"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington

**George, Elizabeth L SES (USA)** <​██████████@mail.mil>   Fri, May 28, 2021 at 3:30 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: "Fraude, Jay P CIV DCSA DCSA HQ (USA)" <██████████@mail.mil>

Mark,

I was informed this morning that it is consolidated with DCSA. Adding Jay back into this chain as your POC.

Thanks,

Beth

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Friday, May 28, 2021 3:26 PM
**To:** George, Elizabeth L SES (USA) <██████████@mail.mil>
**Cc:** Mark S. Zaid, P.C. <mark@markz_____>
**Subject:** Re: [Non-DoD Source] Re: Katie Arrington

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

As we head into the holiday weekend, thought I would check again. I still have not heard anything back from NSA.

Have a great weekend!

Mark

On Wed, May 26, 2021 at 10:23 PM Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > > wrote:

> Beth, have you learned anything new you can share with me? Alas, NSA has not substantively responded to me yet.