# EXHIBIT "3-L"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington

**Fraude, Jay P CIV DCSA DCSA HQ (USA)** <■■■■■■@mail.mil>   Tue, Jun 29, 2021 at 6:09 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: "Clark, James M CIV DCSA DCSA HQ (USA)" <■■■■■■@mail.mil>

Mark –

Thanks for the link to the article. As of now, I can tell you that DCSA has no active investigation or adjudication actions regarding your client.

Jay

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Tuesday, June 29, 2021 1:43 PM
**To:** George, Elizabeth L SES (USA) <■■■■■■@mail.mil>
**Cc:** Fraude, Jay P CIV DCSA DCSA HQ (USA) <■■■■■■@mail.mil>; Mark S. Zaid, P.C. <mark@markzaid.com>
**Subject:** Re: [Non-DoD Source] Re: Katie Arrington

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Beth, Katie's story has now reached mainstream media, which means I will have to be more publicly proactive.

Anything that can be done to ensure NSA timely and expeditiously provides DCSA with the relevant information needed to investigate/adjudicate these issues would be greatly appreciated.

Caution-https://www.bloomberg.com/news/articles/2021-06-29/top-pentagon-cyber-official-probed-amid-disclosure-concerns < Caution-https://www.bloomberg.com/news/articles/2021-06-29/top-pentagon-cyber-official-probed-amid-disclosure-concerns >

Mark

On Fri, May 28, 2021 at 3:35 PM Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > > wrote:

> Ok, I will reach out to Jay, thanks!

Mark

On Fri, May 28, 2021 at 3:31 PM George, Elizabeth L SES (USA) ███████@mail.mil < Caution-mailto:███████@mail.mil > > wrote:

> Mark,
>
> I was informed this morning that it is consolidated with DCSA. Adding Jay back into this chain as your POC.
>
> Thanks,
>
> Beth
>
> **From:** Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > >
> **Sent:** Friday, May 28, 2021 3:26 PM
> George, Elizabeth L SES (USA) <███████@mail.mil < Caution-mailto:███████@mail.mil > >
> **Cc:** Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > >
> **Subject:** Re: [Non-DoD Source] Re: Katie Arrington
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> ---
>
> As we head into the holiday weekend, thought I would check again. I still have not heard anything back from NSA.
>
> Have a great weekend!
>
> Mark
>
> On Wed, May 26, 2021 at 10:23 PM Mark S. Zaid, P.C. <mark@markzaid.com < Caution-Caution-mailto:mark@markzaid.com < Caution-mailto:mark@markzaid.com%C2%A0%3c%C2%A0Caution-Caution-mailto:mark@markzaid.com > > > wrote:
>
>> Beth, have you learned anything new you can share with me? Alas, NSA has not substantively responded to me yet.