# EXHIBIT "3-M"

Case 1:21-cv-02669-JEB     Document 7-16     Filed 11/30/21     Page 2 of 2



<div align="right">Mark S. Zaid, P.C. &lt;mark@markzaid.com&gt;</div>

## Katie Arrington's Situation

**Mark S. Zaid, P.C.** &lt;mark@markzaid.com&gt;                          Mon, Jul 12, 2021 at 3:26 PM
To: "George, Elizabeth L SES (USA)" &lt;            @mail.mil&gt;, "Fraude, Jay P CIV DCSA DCSA HQ (USA)"
&lt;            @mail.mil&gt;, "Stinson, Timothy J" &lt;      @nsa.gov&gt;
Cc: "Clark, James M CIV DCSA DCSA HQ (USA)" &lt;                  @mail.mil&gt;, Brad Moss &lt;brad@markzaid.com&gt;,
"Mark S. Zaid, P.C." &lt;mark@markzaid.com&gt;

Beth/Jay -

It has been two months since my client was suspended due to NSA's actions regarding her security clearance. I have stayed in regular contact with DCSA and as of the end of last week they are still waiting on NSA to provide relevant information that would allow an investigation, and if need be adjudication. This continuing delay is beyond acceptable and quite frankly - unless I am not aware of something - beginning to seem intentional on the part of some.

I have included in this e-mail Tim Stinson, Acting Deputy General Counsel, Litigation & Management, OGC, NSA, so as to perhaps open another pathway for resolution. Tim, my apologies if this matter isn't on your radar but hopefully you can properly direct it if need be.

Prohibiting Ms. Arrington from performing her specialized expertise in cyber security duties is harming the national security interests of the United States and our citizenry. And from what I understand at this point, this extreme action was unwarranted.

Respectfully, we have been very patient in waiting for the system to properly and efficiently function. Given I see no indication that either is the case, please be advised that I am now contemplating litigation against NSA to compel timely compliance. Since NSA is a component of DoD, I will necessarily name DoD as the primary defendant. This is not my first choice, but some unknown, faceless persons are forcing this to become a reality.

All we want is procedural and substantive due process. I hope the appropriate individuals will realize that it is in everyone's best interests to ensure that occurs.

Thanks, and happy to discuss if anyone wishes to do so. My cell is          .

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq