# EXHIBIT "3-N"




**DEPARTMENT OF DEFENSE**
**CONSOLIDATED ADJUDICATIONS FACILITY**
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD 20755-5615

July 14, 2021

MEMORANDUM FOR  KATHERINE E. ARRINGTON, ▮

THROUGH:  DDAADC - WASHINGTON HEADQUARTERS SERVICES/HUMAN
              RESOURCES DIRECTORATE  - PERS SEC OPS DIV
              (ATTN: SECURITY MANAGEMENT OFFICE)

SUBJECT: Supplemental Information Request

References:  (a)  DoDM 5200.02, Procedures for the DoD Personnel Security Program (PSP) April 3, 2017
             (b)  ICD 704, Personnel Security Standards and Procedures Governing Eligibility for Access to Sensitive Compartmented Information, and Other Controlled Access Program Information, October 1, 2008
             (c)  Security Executive Agent Directive 4, National Security Adjudicative Guidelines, December 10, 2016 (Effective June 8, 2017)

1.  The Department of Defense (DoD) Consolidated Adjudications Facility's (CAF) review of , disclosed information that may have a bearing on your eligibility for access to classified information, and/or assignment to duties that have been designated national security sensitive, and/or access to Sensitive Compartmented Information (SCI).

2.  The following information is required in order for the DoD CAF to make an eligibility determination:

   a.  DoD CAF requests that you fill out and provide DoD CAF with a newly completed SF-86 (Questionnaire for National Security Positions) that has been signed and dated.
   b.  DoD CAF requests that you provide a current signed and dated Authorization for Release of Information form from the SF-86 to allow the DoD CAF to obtain general information.
   c.  DoD CAF requests that you provide a current signed and dated Authorization for Release of Medical Information Pursuant to the Health Insurance Portability and Accountability Act (HIPAA) form from the SF-86 to allow the DoD CAF to obtain medical information.
   d.  DoD CAF requests that you provide a current signed and dated Fair Credit Reporting Disclosure and Authorization form from the SF-86 to allow the DoD CAF to obtain a current credit report.
   e.  DoD CAF requests that you provide your current local address and contact information. Your South Carolina address is already noted.

3.  DoD CAF requests that you sign the attached Acknowledgement of Receipt form and return the form to your Security Management Office (SMO) and/or SCI SMO within thirty (30) calendar days from the date of this letter.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20190322

4.  DoD CAF requests you provide this information to your SMO and/or SCI SMO within thirty (30) calendar days from the date you sign the Acknowledgment of Receipt. Further, you are advised that if the information is not received within the specified time frame, an unfavorable eligibility determination may be rendered.

5.  Please direct any questions regarding this memorandum to your SMO and/or SCI SMO.

*Bonny Boltz*   by **ks**

Bonny Boltz
Division Chief
Adjudications Directorate

Attachment:
1. Acknowledgment of Receipt

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20190322

**Acknowledgement of Receipt for Supplemental Information Request to Subject**
Katherine E. Arrington, ▮▮▮▮▮▮

I acknowledge that I have been informed of the Department of Defense (DoD) Consolidated Adjudications Facility's (CAF) request for information to aid in the determination of my eligibility for access to classified information, and/or assignment to duties that have been designated national security sensitive, and/or access to Sensitive Compartmented Information (SCI). I understand that failure to provide the information within the specified time frame may result in an unfavorable eligibility determination.

I further understand that this form must be returned to my organization's Security Management Office (SMO) or Sensitive Compartmented Information (SCI) SMO within <u>thirty (30)</u> calendar days.

_____

NAME                                             DATE


ENTER ORGANIZATION'S SMO/SCI SMO INFORMATION

_____

SMO/SCI SMO Contact (Print name & sign)

_____

SMO/SCI SMO Contact (Official Job Title)

_____

SMO/SCI SMO Contact (email address & phone number)

_____

Date

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20190322



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington's Situation

**Fraude, Jay P CIV DCSA DCSA HQ (USA)** <▇▇▇▇▇▇@mail.mil>   Wed, Jul 14, 2021 at 7:54 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>, "Clark, James M CIV DCSA DCSA HQ (USA)" <▇▇▇▇▇▇▇▇@mail.mil>
Cc: Brad Moss <brad@markzaid.com>

Hello Mark –

    Yes, the letter your client received is part of the CAF process in response to information we're receiving from other DoD Components. We are continuing to work deliberately and diligently to obtain information from within DoD as a necessary preliminary step in the adjudication process. We haven't encountered issues obtaining information from DoD Components and offices so far. As necessary and appropriate, we'll also contact you and your client for any additional information we may need.

Jay

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Wednesday, July 14, 2021 2:59 PM
**To:** Fraude, Jay P CIV DCSA DCSA HQ (USA) <▇▇▇▇▇▇@mail.mil>; Clark, James M CIV DCSA DCSA HQ (USA) <▇▇▇▇▇▇▇▇@mail.m▇>
**Cc:** Brad Moss <br▇▇▇▇▇▇▇▇>; Mark S. Zaid, P.C. <mark@markzaid.com>
**Subject:** [Non-DoD Source] Re: Katie Arrington's Situation

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Gents, my client received the attached CAF request today. Is this tied to the current situation, or coincidental and unrelated?

Mark

On Mon, Jul 12, 2021 at 3:26 PM Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > > wrote:

> Beth/Jay -
>
> It has been two months since my client was suspended due to NSA's actions regarding her security clearance. I have stayed in regular contact with DCSA and as of the end of last week they are still waiting on NSA to provide relevant information that would allow an investigation, and if need be adjudication. This continuing delay is beyond acceptable and quite frankly - unless I am not aware of something - beginning to seem intentional on the part of some.