# EXHIBIT "3-O"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington's SF86

**Fraude, Jay P CIV DCSA DCSA HQ (USA)** <▮▮▮▮▮@mail.mil>                Tue, Aug 24, 2021 at 7:19 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: "Clark, James M CIV DCSA DCSA HQ (USA)" <▮▮▮▮▮@mail.mil>, Brad Moss <brad@markzaid.com>

Hi Mark –

We checked the status of the case again. We still have leads to address prior to setting up any interviews with your client. I'm sorry, but I don't have a timeline right now for when those leads will be completed.

Jay

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Monday, August 23, 2021 6:20 PM
**To:** Fraude, Jay P CIV DCSA DCSA HQ (USA) <▮▮▮▮▮@mail.mil>
**Cc:** Clark, James M CIV DCSA DCSA HQ (USA) <▮▮▮▮▮v@mail.mil>; Brad Moss <brad@markzaid.com>; Mark S. Zaid, P.C. <mark@▮▮▮▮▮>
**Subject:** Re: [Non-DoD Source] Re: Katie Arrington's SF86

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Jay, it's been another three weeks and we've heard nothing from anyone. Is there any info you can share as to expected next steps?

Thanks.

Mark

[Quoted text hidden]

   [Quoted text hidden]
   [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]