EXHIBIT "3-P"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katherine E. Arrington, CISO (A&S): Polygraph

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                                Mon, Sep 13, 2021 at 11:44 AM
To: "Stinson, Timothy J" <█████@nsa.gov>, "Molter, Connie" <█████@nsa.gov>, "Dodson, Erik H" <█████@nsa.gov>, "Fraude, Jay P CIV DSS DSS HQ (US)" <█████████@mail.mil>, "Clark, James M CIV DCSA DCSA HQ (USA)" <█████████@mail.mil>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>

All -

Given that the information and security complaint at issue originates with NSA, please be advised that Ms. Arrington is willing to sit for an appropriate polygraph examination to address the Govt's concerns and hopefully expedite a favorable resolution of the current situation.

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 330-5610 fax
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq
Facebook: https://www.facebook.com/pages/Law-Office-of-Mark-S-Zaid/232739805851