# EXHIBIT "3-Q"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Katie Arrington

**Fraude, Jay P CIV DCSA DCSA HQ (USA)** <█████████@mail.mil>   Fri, Sep 17, 2021 at 5:10 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: "Clark, James M CIV DCSA DCSA HQ (USA)" <█████████@mail.mil>

Hello Mark –

Jim and I checked the records on the status of this case today.  There are still leads with the investigators that have not been completed yet.   At this point, I can't share details about the focus or nature of the leads.  Your client will get an opportunity to respond to anything of adjudicative significance.

Best regards,

Jay

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Thursday, September 16, 2021 10:32 PM
**To:** Fraude, Jay P CIV DCSA DCSA HQ (USA) <█████████@mail.mil>
**Cc:** Clark, James M CIV DCSA DCSA HQ (USA) <█████████v@mail.mil>; Mark S. Zaid, P.C. <mark@markzaid.com>
**Subject:** Re: [Non-DoD Source] Katie Arrington

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Jay/James, can you provide me an update of whether Ms. Arrington's case remains in an investigative mode with DCSA or has been sent to the CAF for adjudication?

Is DCSA looking solely at the NSA allegations regarding Ms. Arrington's GAMMA access or her entire TS/SCI eligibility?

Thanks.

Mark

On Tue, Jun 29, 2021 at 1:41 PM Mark S. Zaid, P.C. <mark@markzaid.com < Caution-mailto:mark@markzaid.com > > wrote: