# EXHIBIT "3-R"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Arrington v. DoD et al: TRO/PI

**Mark S. Zaid, P.C.** <mark@markzaid.com>                                                  Wed, Nov 3, 2021 at 7:32 PM
To: "Hughto, Karen L SES OSD OGC (USA)" <▓▓▓▓@mail.mil>, "Fraude, Jay P CIV DSS DSS HQ (US)" <▓▓▓▓@mail.mil>, "Clark, James M CIV DCSA DCSA HQ (USA)" <▓▓▓▓@mail.mil>, "Cerlenko, Ariane" <▓▓▓@nsa.gov>, "Stinson, Timothy J" <▓▓▓@nsa.gov>
Cc: Brad Moss <brad@markzaid.com>, "Mark S. Zaid, P.C." <mark@markzaid.com>, Andrew Bakaj <andrew@markzaid.com>

All -

I have received the Statement of Reasons dated October 28, 2021, that was issued to my client Katherine Arrington. I have attached it in case you have not seen it yourself. To be frank, it is one of the worst SORs I have seen in more than 20 years handling security clearance appeals. In my view, it is beyond deficient under every regulation and Executive Order that applies to these matters.

It fails to provide even one piece of usable data that I can respond to in any meaningful way. What type of information is my client alleged to have disclosed? On what date was the alleged disclosure? To whom was the alleged disclosure made? Furthermore, no regulation is cited to support the assertion that my client was required to have reported an alleged security violation, much less one she knew even existed. Nor is there any claim that any information that would be responsive to these questions is classified.

Way back in May 2021, I asked DoD/NSA for information specific to the allegation that led to the issuance of the suspense memo dated May 13, 2021. I currently hold TS/SCI eligibility. The purpose of my request was to ensure there was no inadvertent spillage of classified information with respect to my client sharing with me what she could speculate was the issue. No one even had the professional courtesy to respond to my request.

So respectfully be advised that I am preparing a TRO/PI against DoD/NSA to seek intervention from the Court in the pending lawsuit to either rescind or supplement this SOR for failing to comply with your own regulations and Executive Order, as well as to compel your agencies to share any relevant classified information with me. I do not know at this time when I shall file the Motion, but I am giving DoD the opportunity and courtesy to avoid the battle by either rescinding or amending the SOR before I pursue this course of action.

If that is something you are willing to do, please let me know as soon as possible. I can be best reached via e-mail, or on my cell at ▓▓▓▓. Otherwise, I will just see you in court.

Respectfully,

Mark

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036