# EXHIBIT "3-S"



Mark S. Zaid, P.C. <mark@markzaid.com>

## Arrington v. DoD et al: TRO/PI

**Clark, James M CIV DCSA DCSA HQ (USA)** <█████████@mail.mil>          Thu, Nov 4, 2021 at 12:11 PM
To: "mark@markzaid.com" <mark@markzaid.com>
Cc: "Fraude, Jay P CIV DCSA DCSA HQ (USA)" <█████████@mail.mil>

Mark: Thank you for your message describing concerns about the October 28 SOR issued to your client Ms Arrington. The intent of DCSA's Adjudications Division ("CAF") was to place your client on notice of the security matter she has been involved with using unclassified information. As you know, there is not a great abundance of unclassified information on this matter with which to fashion a SOR. However, my office believes that the October 28 SOR is legally sufficient, as it states the reason the CAF has made the preliminary determination that it is not in the best interests of national security to continue Ms Arrington's eligibility for access to classified information. The CAF will carefully evaluate all arguments, objections, and factual matters you may wish to make in Ms Arrington's response to the SOR.

V/r,

Jim Clark

Office of General Counsel

Defense Counterintelligence and Security Agency

███████ (office)

███████ (mobile)

███████ @mail.mil

FOR OFFICIAL USE ONLY (FOUO)

**From:** Mark S. Zaid, P.C. <mark@markzaid.com>
**Sent:** Wednesday, November 3, 2021 7:32 PM
**To:** Hughto, Karen L SES OSD OGC (USA) <█████████@mail.mil>; Fraude, Jay P CIV DCSA DCSA HQ (USA) <█████████@mail.mil>; Clark, James M CIV DCSA DCSA HQ (USA) <█████████>; Cerlenko, Ariane <█████████@nsa.gov>; Stinson, Timothy J <█████████>
**Cc:** Brad Moss <brad@markzaid.com>; Mark S. Zaid, P.C. <mark@markzaid.com>; Andrew Bakaj <andrew@markzaid.com>
**Subject:** [Non-DoD Source] Arrington v. DoD et al: TRO/PI

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

All -