# EXHIBIT "3-T"



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
27130 TELEGRAPH ROAD
QUANTICO, VA 22134-2253

November 22, 2021

Ms. Katherine E. Arrington

Dear Ms. Arrington:

    This is response to your attorney, Mr. Brad Moss' June 30, 2021 request to National FOIA Portal, seeking copies of all DCSA records pertaining to you, dating from April 1, 2021 to the date upon which DCSA begins conducting searches for responsive records. The National FOIA Portal referred the request to our office for appropriate action. The referral was received in the Defense Counterintelligence and Security Agency (DCSA) Freedom of Information and Privacy Office for Adjudications on July 15, 2021. We also received your November 1, 2021 request for a copy of the records pertaining to you, which the Department of Defense Consolidated Adjudications Facility (DoD CAF) relied upon in its preliminary decision to deny/revoke your security eligibility, pursuant to DoDM 5200.02. Your request was received on November 18, 2021. We conducted a search of records responsive to both requests, and attached is a list of the pertinent documents and the respective release authority for each document.

    Our search revealed the attached documents, which we are authorized to release to you. We also identified a responsive record or records, consisting of nine page(s) total, which we have withheld under the provisions of the *Privacy Act of 1974*, Title 5 U.S.C. § 552(a), exemption (d)(5), and the *Freedom of Information Act* (FOIA), Title 5 U.S.C. § 552, exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E). Privacy Act exemption (d)(5) protects disclosure of information that is compiled in reasonable anticipation of civil action or proceedings, court proceedings or quasi-judicial administrative hearings. FOIA exemption (b)(5) protects inter-and intra-agency documents which are deliberative in nature, and part of the decision making process. We determined the information is also protected under the attorney work-product privilege, and/or attorney-client privilege. Portion(s) of the record(s) contain privacy-related information about a party other than your client. Thus, you are not entitled to third party information under the provisions of the Privacy Act. This information is also withheld per the Freedom of Information Act, Title 5 U.S.C. § 552, exemptions (b)(6) and (b)(7)(C), as disclosure of the information would constitute a clearly unwarranted invasion of the personal privacy of the individual(s) involved. FOIA exemption (b)(7)(E) applies to records or information which could disclose investigative techniques and procedures.

    Record(s) which fall under the release authority of the Air Force Office of Special Investigations (AFOSI), and the Office of the Secretary of Defense and Joint Staff, were located. We do not have release authority for those record(s); thus, we are referring your request and responsive record(s) to their Privacy Office(s), for action and direct response to you.

2

You have the right to appeal this response by submitting a written request to the: Defense Counterintelligence and Security Agency, ATTN: Office of General Counsel, 27130 Telegraph Road, Quantico, VA 22134-2253.  Clearly mark the outside of the envelope and the written appeal letter: *"Privacy/FOIA Appeal."*  The appeal must be received by DCSA within ninety (90) calendar days from the date of this letter to be considered timely.  The written appeal letter should include the reasons why the requested information should be released and why this action may be in error.  Include with the appeal letter a copy of the original request and this response letter.  Please reference FOI/PA tracking number ███████████████ in all communication(s).

You may seek dispute resolution services from the HQ DCSA FOIA Office or the Office of Government Information Services (OGIS).  The HQ DCSA FOIA Office may be contacted by emailing dcsa.quantico.dcsa-hq.mbx.foia@mail.mil.  OGIS was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  OGIS may be contacted in any of the following ways:

| | |
|---|---|
| U.S. National Archives and Records Administration | Phone: 202-741-5770 |
| Office of Government Information Services | Toll-Free: 1-877-684-6448 |
| 8601 Adelphi Road – OGIS | Fax: 202-741-5769 |
| College Park, MD 20740-6001 | Email: ogis@nara.gov |

No other records were located responsive to your request.  We hope this information is helpful, and appreciate the opportunity to assist you in this matter.

Sincerely,

Joy F. Greene
Chief, FOI/PA Office for Adjudications
Defense Counterintelligence and Security Agency

Attachment(s):
As stated

cc:
Mark S. Zaid, Esquire
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC  20036
brad@markzaid.com

PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

RE:  DCSA-M 21-FP-1008

List of pertinent documents of the DoD CAF Memorandum dated October 28, 2021, "Subject: Intent to Revoke Eligibility for Access to Classified Information, Assignment to Duties that have been Designated National Security Sensitive, and Access to Sensitive Compartmented Information (SCI)," and respective release authority:

### DCSA FOIA and Privacy Office for Adjudications (DOD CAF records) (Attached):
- Email from attorney Mark S. Zaid to Ms. Lisa Turner, dated May 21, 2021

   Additional documents
- Defense Information System for Security (DISS) Incident Report, dated May 7, 2021
- DoD CAF Memorandum, Subject:  Supplemental Information Request, dated July 14, 2021
- Acknowledgement of Receipt for Supplemental Information Request, dated July 15, 2021
- Electronic Questionnaires for Investigations Processing (e-QIP), dated July 15, 2021
- DoD CAF Memorandum, Subject:  Instructions for Handling Statement of Reasons, dated October 28, 2021
- Acknowledgement of Receipt of Statement of Reasons, dated November 1, 2021

### AFOSI:
- Email exchange between AFOSI and OUSD, dated May 13, 2021

### OSD/JS:
- Office of the Under Secretary of Defense Memorandum, Subject:  Notification of Suspension of Classified Information, signed May 11, 2021

Attachment(s)

PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.