# EXHIBIT "3-U"

# KATHERINE ELIZABETH ARRINGTON

| | | | |
|---|---|---|---|
| SSN: | ▮▮▮ | DoD EDI PN: | ▮▮▮ |
| DOB: | ▮▮▮ | Eligibility Level: | SCI - ICD704 |
| Place Of Birth: | ▮▮▮, United States | Eligibility Determination: | Favorable made on 2019-09-10 by DoD CAF |
| Exception Code: | None | Open Investigation: | Yes |
| Supporting Investigation: | Tier 5 | NDA Signed Date: | 2019/03/21 |
| Incident Report: | Yes | NDS Signed Date: | 2019/03/21 |

**Subject Actions**

**Basic Info.** | **Other Subject Details** | **SMO Relationships** | **Incidents** | **Accesses** | **CSRs/RFAs** | **Subject Notes/Documents** | **Foreign Travel**

## Incidents (1)

| Status | Date | Type(s) | Self Reported | Expand |
|---|---|---|---|---|
| Adjudication Pending | 2021/05/05 | Personal Conduct, Handling Protected Information | No | |

| | | | |
|---|---|---|---|
| Incident Reported Date: | 2021/05/07 | Access Debriefed: | No |

### Incident Notes (1)

- This action is being taken as a result of a reported Unauthorized Disclosure of Classified Information and subsequent removal of access by the National Security Agency (NSA). The disclosure may constitute a federal crime, including violation of U.S. Code, Tile 18, Section 798(a) (3) (Disseminating Classified Information "Concerning the Communication Intelligence Activities of the United States" to unauthorized persons). There is an ongoing effort to investigate by AFOSI / DODIG as Ms. Arrington is a Senior Executive (SES) employee. A preliminary decision has been made, at leaderships guidance, to suspend Ms. Arrington's access to classified information until this can be favorable investigated and adjudicated at the appropriate levels of government. Details of the alleged incident are only available if read into the program.

(2)