**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KATHERINE ARRINGTON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 21-2669 (JEB) |
| | * | |
| DEPARTMENT OF DEFENSE et al. | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

## ORDER

The Court, having considered the Plaintiff's Motion for Preliminary/Permanent Injunction, and the entire record herein, it is hereby,

ORDERED, that Plaintiff's Motion is granted; and

FURTHER ORDERED, that Defendants shall provide Plaintiff and her cleared counsel with additional information consistent with the Court's contemporaneously issued Memorandum.

SO ORDERED this ___ day of _____ 2021.

_____
UNITED STATES DISTRICT JUDGE