UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHERINE ARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and<br>NATIONAL SECURITY AGENCY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 21-2669 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report in response to the Court's Minute Order dated December 1, 2021. The Parties recommend that the Court extend the existing stay of proceedings until January 5, 2022.

The Parties continue to work professionally and cooperatively together to minimize the need for further judicial intervention. The Department of Defense (the "Department") has agreed to extend the deadline for Plaintiff to respond to the Statement of Reasons by 60 days until March 3, 2022. Additionally, the National Security Agency ("NSA") is conducting a sanitization review of the records in question to see if any additional information can be released to Plaintiff and her attorney, through proper channels, at the unclassified level. NSA expects to complete its review and provide a sanitized document to the Department for release to Plaintiff by December 17, 2021. The Parties will further confer after any additional information is released to Plaintiff to determine whether any further litigation in this matter is necessary.

In light of the foregoing, the Parties propose to file an additional Joint Status Report on January 5, 2022, that includes an update on the Parties' efforts to resolve the matter, and a joint proposed schedule for any further proceedings (or position statements and differing proposals if

no agreement on a joint proposed schedule can be reached).  Among other circumstances, the Parties' proposal for another Joint Status Report to be filed by January 5 takes into account that undersigned defense counsel has litigation deadlines scheduled this month and will be on personal leave beginning December 23, through the end of the year.

Dated: December 10, 2021
         Washington, DC

 /s/ Mark S. Zaid
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for the Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:         */s/ Daniel P. Schaefer*
    DANIEL P. SCHAEFER, D.C. Bar # 996871
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2531
    Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*