UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE ARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE and<br>NATIONAL SECURITY AGENCY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 21-2669 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, the entire record herein, it is ORDERED that these proceedings shall remain STAYED until January 5, 2022; and it is ORDERED that the parties shall file another Joint Status Report updating the Court on the progress of the parties' efforts to resolve the matter and recommending the course of proceedings on or before January 5, 2022.

_____                                  _____
Date                                                                                 JAMES E. BOASBERG
                                                                                         United States District Judge