UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHERINE ARRINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE and<br>NATIONAL SECURITY AGENCY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civ. A. No. 21-2669 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

MARK S. ZAID
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

*Counsel for Plaintiff*

Date: _1-28-22_

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____
    DANIEL P. SCHAEFER, D.C. Bar #996871
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2531
    Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

Date: _1/29/22_